IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                         Case No. 2:16-CR-20027

JUAN ANTONIO BARROSO-CERVANTES                                                DEFENDANT

## ORDER

Currently before the Court is the Government's motion to amend/correct indictment (Doc. 16). The Government requests that the indictment (Doc. 9) in this case be corrected in Count Two, Count Three, and the Forfeiture Allegation to reflect that the correct name of the firearm is a "Cobray, model CB9, 9 mm caliber pistol, serial number CT 172105". Defense counsel has informed the Court that Defendant has no objection to the Government's motion.

"Although the general rule is that a court may not amend an indictment, that rule is inapplicable when the change is one of form only." *United States v. Mason*, 869 F.2d 414, 417 (8th Cir. 1989). "Misnomers generally are mistakes of form that may be corrected by amending the indictment." *Id*. "Furthermore, a finding of prejudice to the defendant must be present before an amendment is held impermissible." *Id.* (quotation omitted).

The Court finds that the amendment requested by the Government is one of form only and that no prejudice to the defendant will result from granting the Government's motion.

IT IS THEREFORE ORDERED that the Government's motion (Doc. 16) is GRANTED. The Government is directed to immediately file the amended indictment.

IT IS SO ORDERED this 18th day of August, 2016.

*/s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE